UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20668-CIV-SEITZ/O'SULLIVAN
CASE NO. 08-20775-CIV-SEITZ/O'SULLIVAN

KIM Y. TREVILLION,

    Plaintiff,
v.

MIAMI BEACH POLICE DEPT.,
C. KING, et al.,

    Defendants,
_____/

### ORDER (1) CONSOLIDATING CASES; (2) SETTING DEADLINE FOR FILING JOINT SCHEDULING REPORT; AND (3) ADMINISTRATIVELY CLOSING LATER-FILED CASE

THIS MATTER is before the Court *sua sponte*. Judge Ungaro recently transferred, and this Court accepted, Case No. 08-20775-CIV-UNGARO pursuant to Local Rule, given the similarity of the parties and issues involved in this Court's earlier filed Case No.08-20668-CIV-SEITZ. Given the substantially related factual and legal issues involved, under Fed. R. Civ. P. 42(a) and in the interests of fairness and convenience to the parties and judicial economy, these cases shall be consolidated for all proceedings. Accordingly, it is hereby

ORDERED that:

(1) The above-captioned cases are consolidated under Fed. R. Civ. P. 42(a) for all pretrial purposes;

(2) The time for filing the required Joint Scheduling Report ("JSR") (*see* DE-3 in case number 08-20668-CIV), which is hereby made applicable to both consolidated cases, has been set for **July 2, 2008**; the parties shall filed one consolidated JSR;

1

(3) Henceforth, or until further notice, **all submissions to the Court shall bear the above-captioned style, and shall be filed under, and only under, the first-filed Case No. 08-20668-CIV-SEITZ;** and

(4) CASE NO. 08-20775-CIV-SEITZ is ADMINISTRATIVELY CLOSED.

DONE and ORDERED in Miami, Florida, this 22nd day of April, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   United States Magistrate Judge John J. O'Sullivan
All Counsel of Record and *Pro Se* parties in
Case No. 08-20668-CIV and Case No. 08-20775-CIV