UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20668-CIV-SEITZ/O'SULLIVAN

KIM Y. TREVILLION,

    Plaintiff,

v.

MIAMI BEACH POLICE DEPT.,
C. KING, et al.,

    Defendants,
_____/

### ORDER (1) REVOKING *IN FORMA PAUPERIS* STATUS; AND (2) REQUIRING FILING OF NOTICE BY AUGUST 11, 2008

THIS CAUSE is before the Court on Plaintiff's Response to Order to Show Cause [DE-10] for failure to file a Joint Scheduling Report ("JSR"). In explaining why she missed the July 2, 2008 deadline to file her JSR, Plaintiff reports that she moved out of the State of Florida in May 2008,[1] obtained employment, and now has a salary of $28,000. Plaintiff's reported income means she is no longer eligible to proceed *in forma pauperis* and her *in forma pauperis* status can be revoked.[2] *See Camp v. Oliver*, 798 F.2d 434, 437 (11th Cir. 1986). If Plaintiff desires to proceed with this case, she must pay the $350.00 filing fee in full. Based on Plaintiff's Response, it appears that Plaintiff has many concerns in her life at this time (e.g., health concerns, debt, relocating to a new location) that may take priority over prosecuting this case from out of state. If Plaintiff chooses to proceed, she must be diligent in her efforts and comply promptly with all of her obligations, including but not limited to Court Orders. Accordingly, it is hereby

    ORDERED that:

    (1) Plaintiff's *in forma pauperis* status is REVOKED;

---

[1] The Court's Order of Instructions to *Pro Se* Litigant required Plaintiff to "promptly notify the Court of any change in address by filing a 'Notice of Change of Address.'" [DE-4, ¶ 8.] In her Response, Plaintiff lists several individuals, including persons associated with the state court, whom she did inform of her relocation, yet Plaintiff did not file Notice with this Court, despite the fact she moved out of Florida no less than seven weeks ago.

[2] This is true regardless of the credit card debt Plaintiff reports in her Response.

(2) Plaintiff shall have **until August 11, 2008,** to file a Notice informing the Court whether she wishes to voluntarily dismiss this case or to proceed;

(3) If Plaintiff wishes to proceed, she shall PAY the filing fee IN FULL **no later than August 11, 2008**; and

(4) **Failure to comply with the terms of this Order will result in DISMISSAL of the case.**

DONE and ORDERED in Miami, Florida, this 28th day of July, 2008.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: United States Magistrate Judge John J. O'Sullivan
   All Counsel of Record and *Pro Se* parties
      (note Plaintiff's new address DE-10, p. 4)

2