UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20668-CIV-SEITZ/O'SULLIVAN

KIM Y. TREVILLION,

    Plaintiff,

v.

MIAMI BEACH POLICE DEPT.,
C. KING, et al.,

    Defendants,
_____/

## ORDER DISMISSING CASE

THIS CAUSE is before the Court *sua sponte*. On July 28, 2008, the Court issued an Order [DE-11] requiring Plaintiff to file a Notice informing the Court whether she wishes to voluntarily dismiss this case and to pay the filing fee in full **no later than August 11, 2008.** As of the date of this Order, Plaintiff has not filed a Notice or paid the filing fee. The July 28 Order noted Plaintiff's failure to comply with prior Court Orders (e.g., DE-4) and specifically stated that "[f]ailure to comply with the terms of this Order will result in DISMISSAL of the case." Accordingly, it is hereby

    ORDERED that:

    (1) This case is DISMISSED for failure to comply with Court Orders;

    (2) Any motion not otherwise ruled upon by this Order is DENIED AS MOOT; and

    (3) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 15th day of August, 2008.

                                                      PATRICIA A. SEITZ
                                                      UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge John J. O'Sullivan
        All Counsel of Record and *Pro Se* parties
            (note Plaintiff's new address at DE-10, p. 4)

*[Stamp: CLOSED CIVIL CASE]*